Richard B. CAREY and Carey's Home Construction, LLC, Plaintiffs Below, Appellants,

v.

The ESTATE OF David L. MYERS and Arlene Myers, Defendants Below, Appellees.

No. 407, 2015

Supreme Court of Delaware.

Decided: January 28, 2016

Submitted: January 20, 2016

AFFIRMED.

ASBESTOS WORKERS LOCAL 42 PENSION FUND, derivatively on behalf of Nominal Defendant JPMorgan Chase & Co., a Delaware corporation, Plaintiff Below–Appellant,

v.

Linda B. BAMMANN, et al., Defendants Below– Appellees,

and

JPMorgan Chase & Co., Nominal Defendant Below–Appellee.

No. 322, 2015

Supreme Court of Delaware.

Submitted: January 27, 2016

Decided: January 28, 2016

AFFIRMED.

David C. DAVIS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 578, 2015

Supreme Court of Delaware.

Submitted: December 14, 2015

Decided: January 28, 2016

GRANTED.